1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID ALLEN PERYSIAN, | ) | Case No. CV 11-5578-CAS (OP) |
|---|---|---|
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| TIMOTHY E. BUSBY, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///
///
///

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; (2) denying Petitioner's request to hold the proceedings in abeyance as moot; and (3) directing that Judgment be entered denying the Petition ad dismissing this action with prejudice.

DATED: May 1, 2012

HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2