JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN PERYSIAN, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> TIMOTHY E. BUSBY, Warden, ) <br> ) <br> Respondent. ) | Case No. CV 11-5578-CAS (OP) <br><br> J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 1, 2012

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge